UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1447

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. _____ |
| v. | COMPLAINT FOR VIOLATION OF |
| VICTOR MANUEL SERRANO JR. | 18 U.S.C. 656 (Misdemeanor) |
| | Misapplication of Funds by Bank Employee |

BEFORE _____,   _____San Diego, California_____
　　　United States Magistrate Judge

The undersigned complainant, being duly sworn states:

### COUNT ONE

During the period May 2007 through June 2007, within the Southern District of California, Defendant Victor Manuel Serrano Jr., being an employee of Bank of America, 2295 Otay Lakes Road, Chula Vista, California, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud, did knowingly and willfully embezzle, abstract, purloin, and willfully misapply the monies, funds, and credits entrusted to the care and custody of said bank, and under the care, custody, and control of the defendant as such employee; in violation of Title 18, United States Code, Section 656, a Misdemeanor.

And the complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Signature of Complainant
　　　　　　　　　　　　　　　　　　　Nicholas I. Cheviron
　　　　　　　　　　　　　　　　　　　Special Agent, FBI

Sworn to before me and
Subscribed in my presence,
this ____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

AFFIDAVIT

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF SAN DIEGO )

I, Nicholas I. Cheviron, being first duly sworn, depose and say:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the San Diego Division.

2. Bank of America, 101 South Tyron Street, Charlotte, North Carolina, was insured by the Federal Deposit Insurance Corporation (FDIC) at the time the events herein described occurred.

3. On June 26, 2007, Amy Tran, Investigator, advised the FBI, that during the period May 2007 through June 2007, Victor Manuel Serrano Jr. (hereinafter Serrano), while employed as a bank teller, at Eastlake Village Branch, 2295 Otay Lakes Road, Chula Vista, California, abstracted $4,243.25 from funds entrusted to the bank. Serrano stated he took cash from his cash drawer, if it was over when he balanced at the end of his shift. On several occasions, Serrano took the cash, placed it in his pockets, and exited the bank. He returned to the bank on a different day and deposited the cash into his Bank of America checking account. Serrano took cash from two separate Bank of America branches, Bonita, and Eastlake Village. The funds were taken without

1

authorization and against bank policy. When questioned about the missing funds, Serrano confessed in a written statement. On June 7, 2007, Serrano was fired from his Bank of America position. He made an initial repayment of $42.06, to Bank of America.

    4. On August 24, 2007, Serrano was interviewed by FBI Special Agent Nicholas I. Cheviron and Financial Analyst Carol P. Harman. Serrano admitted that during the period May 2007 through June 2007, he took money from his cash drawer. He took money from the drawer on several occasions and placed it in his pocket. He later deposited those funds into his Bank of America checking account.

    5. On June 15, 2007 and August 24, 2007, Serrano provided written statements admitting his actions as set forth in paragraphs three and four which are attached and incorporated herein by reference.

_____
Nicholas I. Cheviron
Special Agent
Federal Bureau of Investigation
San Diego, California

Subscribed and sworn to before me this 25th day of April,

_____
United States Magistrate Judge

2

1 of 2

9:30 AM

8-24-07

I victor serrano furnish the following voluntary statement to Carol P. Harman & Nicholas L. Cheviron who have identified themselves employees of the Federal Bureau of investigation. i have been advised that i am being questioned about the shortage of money of bank of America which occurred on or about May 07 to June 07

i was born on May 16, 1988 (US) at San Diego. I reside at 5207 Seaglen Way SD. CA 92154 My education consists of 4 years of High School and 1 year of college, i can read write, and understand the English Language.

no threats or promise have been made to induce me to make this statement.

It All started on May of 2007 when i was counting my money & i was over and had told my supervisor, she said its ok don't let it happen again. the following week i was over again and i told my supervisor and she said again its ok it happens to everyone just be careful. the next time i was out i was short 40 dlls. and i took them so i wouldn't be in trouble and i had balanced. later on it was easy for me to take more and more money in the Bank that i worked had i had taken 2,000 dlls not all at one time but roughly around 500 dlls. 3 to 4 days later i was being

9:30 A

job shared with another Bank 6/24/07 at Eastlake it was easy for to take the money there too so I took another 2,000 again not all at one time this time about 600 or 700 in 3 to 4 days. Later when i was caught i confessed that i took the money and told them ~~she~~ that I will pay it back and understood that what i did was wrong. this consisted in the periods of May of '07 and June '07.

I have read and understand this entire statement, have initialed all corrections, and i am signing it because it is true and correct.

*Vector Manuel Serrano*

*SA Nicholas J. Ch——*
FBI

*Carol P Harman*
FA Carol P Harman
FBI

BANK OF AMERICA
CORPORATE INVESTIGATIONS
VOLUNTARY STATEMENT

DATE: 06/15/07   PLACE: Bonita Banking Center
TIME: 10:30   (AM)/PM

I, Victor manuel serrano, am 19 years of age   DOB 05-16-88
and live at Palm Ave 5207 seaglen was SAN DIEG CA 92154   PHONE # (619) 207-5588
I am making this statement to Joe Espen
I do make the following voluntary statement to the aforementioned person(s) of my own free will and without any promises or offers of leniency or favors.

Between May 7 and June 7 of 2007 Ive Been taking Money from my cashbox Because ive Been having financial problem Ive Been paying my school and helping out with Bills. I know it was wrong I will never do it again. im planing to put Back all the Money. the amount of $14,243.25. im very sorry for what ive Done. i will not do this again, i don't want to loose my job over this.

I have read this statement consisting of 1 page(s), each page of which bears my signature, and I do affirm that all facts and statements contained herein are true and correct.

Signature Victor Serrano
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
Social Security Number

Witness Joseph E. Espin AVP Investigations
amy tran investigator
Witness