|   |   |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | Davene L. Finnel |
|   | Special Assistant U.S. Attorney |
| 3 | Indiana State Bar No. 19793-49 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6775/(619) 235-2757 (Fax) |
|   | Email: davene.finnel@usdoj.gov |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8   UNITED STATES DISTRICT COURT

9   SOUTHERN DISTRICT OF CALIFORNIA

| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-MJ-1447 |
| 11 | Plaintiff, | ) | |
| 12 | v. | ) | NOTICE OF APPEARANCE |
| 13 | VICTOR SERRANO, | ) | |
| 14 | Defendant. | ) | |

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17   I, the undersigned attorney, enter my appearance as co- counsel in the above-captioned case.

18   I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20   The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23   activity in this case:

24   <u>Name</u>              <u>Cal. Bar No.</u>   <u>Telephone No.</u>     <u>Email Address</u>

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

3 | <u>Name</u>          <u>Cal. Bar No.</u>   <u>Telephone No.</u>          <u>Email Address</u>

4

5 | Please call me if you have any questions about this notice.

6 | DATED:   May 12, 2008

7 |                                              Respectfully submitted,

8 |                                              KAREN P. HEWITT
  |                                              United States Attorney

9 |                                              s/*Davene L. Finnel*
10|                                              Davene L. Finnel
  |                                              Special Assistant United States Attorney
11|                                              Attorneys for Plaintiff
  |                                              United States of America
12|                                              Email: davene.finnel@usdoj.gov

Notice of Appearance                                              08-MJ-1447
United States v. Victor Serrano         2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.   08-MJ1447 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| VICTOR SERRANO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

I, Davene L. Finnel, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12, 2008.

s/ Davene L. Finnel
Davene L. Finnel

Notice of Appearance                                                                           08-MJ-1447
United States v. Victor Serrano                      3