UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ1447-CAB |
| v. | JUDGMENT |
| VICTOR MANUEL SERRANO, JR. | ELIZABETH BARROS, FEDERAL DEFENDERS, INC.<br>Defendant's Attorney |

REGISTRATION NO. _____

VIOLATION: 18 USC 656 - Misapplication of Funds by Bank Employee (Misdemeanor)

__x__ Defendant pleaded guilty to count One (1) of the one-count Misdemeanor Complaint
____ Count(s) _____ dismissed on the government's oral motion.

## JUDGMENT

__x__ Defendant is adjudged guilty on count One (1) of the one-count Misdemeanor Complaint

__x__ UNSUPERVISED Probation for a term of  24 MONTHS
on the following conditions:
__x__ obey all laws, Federal, State and Municipal
__x__ comply with all lawful rules and regulations of the probation department
__x__ not possess any narcotic drug or controlled substance without a lawful medical prescription
__x__ remaining restitution balance of $4,243.25 to be paid prior to termination of Probation
____ not reenter the United States illegally
____ not possess any firearm, destructive device or any other dangerous weapon
____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
    as directed by the probation officer
____ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
    a low risk of future substance abuse.
__x__ Penalty assessment of $ 25.00 - WAIVED
__x__ Fine waived       ____ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

MAY 13, 2008
Date of Imposition of Sentence

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE
Entered on: